Order filed February 16, 2017



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00868-CV
_____

**BERGQUIST LAW FIRM, DAVID W. BERGQUIST, AND DAVID W. BERGQUIST, LLC, Appellants**

**V.**

**MEMORIAL HERMANN HEALTH SYSTEM D/B/A MEMORIAL HERMANN TEXAS MEDICAL CENTER, Appellee**

On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2014-71333

## O R D E R

Appellants' brief was due February 3, 2017. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **March 16, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM